# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California **FILED** |
|---|---|
| UNITED STATES OF AMERICA <br><br> vs <br><br> RAFAEL GARCIA MARTINEZ <br> aka: Orlando Magana | Docket Number **MAR 5 2007** <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY CLERK <br><br> Magistrate Case Number <br> 5:07-mj-00010 TAG |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

X INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 18   U.S.C. § SECTION 2314

DISTRICT OF OFFENSE District of Oregon

DESCRIPTION OF CHARGES:
Transportation of Stolen Goods in Interstate Commerce

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met

xx  Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

Representation: __ Retained Counsel __Federal Defender _x_ CJA Attorney __None

Interpreter Required?  __ No  _X_ Yes  Language: Spanish

TO:  THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date 3/5/2007

Dennis L. Beck, United States Magistrate Judge

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ <br> DEPUTY MARSHAL |

as of 10/2000